

1  James B. Nebel/State Bar No.69626
   FLYNN, DELICH & WISE LLP
2  One California Street, Suite 350
   San Francisco, California
3  Telephone:  415-693-5566
   Facsimile:   415-693-0410
4
   Attorneys for Defendant
5  HAPAG-LLOYD AG

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  _____
   STEPHEN SEGURSON,                     )   Case No.: 08-01406 BZ
10                                       )
              Plaintiff,                 )   Alameda County Superior Court
11                                       )   Case No. RG 07-354003
                                         )
12       vs.                             )   **CERTIFICATION OF INTERESTED**
                                         )   **ENTITIES OR PERSONS**
13                                       )
                                         )
14 HAPAG-LLOYD                           )   Complaint filed:  October 30, 2007
   and DOES 1 to 20, inclusive,          )   Trial date:   None set
15                                       )
              Defendants.                )
16 _____)

17

18 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19    Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

20 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

21 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

22 proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be

23 substantially affected by the outcome of this proceeding:  HAPAG-LLOYD

24 AKTIENGESELLSCHAFT.

25 Dated:  March 18, 2008          FLYNN, DELICH & WISE LLP

26                                         /s/  James B. Nebel
                                  By _____
27                                         James B. Nebel
                                           Attorneys for Defendant
28                                         HAPAG-LLOYD AG

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS