# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

April 30, 2008

To:   Patrick Brennen Streb
      Weltin Law Office, P.C.
      1432 Martin Luther King Jr. Way
      Oakland, CA 94612

      James Barton Nebel
      Flynn Delich & Wise LLP
      One California Street, Suite 350
      San Francisco, CA 94111


      Re: Stephen Segurson v. Hapag-Lloyd AG - C08-1406 BZ

Dear Counsel:

      At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 16, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

      At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                                        Sincerely,

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        _____
                                        By:    /s/ Lashanda Scott
                                               Lashanda Scott
                                               Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd