1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
   STEPHEN SEGURSON
9                                              No. C 08-1406 BZ

10         Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                      **UNITED STATES MAGISTRATE JUDGE**
11     v.

12  HAPAG-LLOYD AG

13         Defendant(s).
                                                    /
14  _____

15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: May 19, 2008                     _____
                                                        Signature
22
                                            Counsel for   Defendant HAPAG-LLOYD
23                                          (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28