United States District Court
Northern District of California

1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9         **Northern District of California**

10  Segurson,                                    08-01406 BZ

11              Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE
                                            WITH COURT ORDER**
12       v.

13  Hapag-Lloyd A G,

14              Defendant(s).

15

16    The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01406 BZ                          -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 28, 2008

                        RICHARD W. WIEKING
                        Clerk
                        by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01406 BZ                                                      -2-

PROOF OF SERVICE

Case Name:      Segurson v. Hapag-Lloyd A G

Case Number:    08-01406 BZ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Patrick Brennen Streb
> Weltin Law Office, P.C.
> 1432 Martin Luther King Jr. Way
> Oakland, CA 94612
> streb@pacbell.net
>
> James Barton Nebel
> Flynn Delich & Wise LLP
> One California Street, Suite 350
> San Francisco, CA 94111
> jamesn@fdw-law.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2008 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:     Timothy J. Smagacz
>
>*Timothy Smagacz*
>―――――――――――――――――――
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov