Patrick B. Streb, Esq. (SBN 116555)
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff,
STEPHEN SEGURSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SEGURSON,<br><br>              Plaintiff,<br><br>    v.<br><br>HAPAG-LLOYD AG and DOES 1-20,<br><br>              Defendant(s). | Case No.: C08-1406 BZ<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-16)** |

TO THE HONORABLE COURT:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff's wife Regina Segurson

Dated: June 10, 2008                                      WELTIN LAW OFFICE, P.C.

                                                                 /s/_____
                                                                  Patrick B. Streb
                                                               Attorney for Plaintiff

_____                  1
Segurson v. Hapag-Lloyd                          Plaintiff's Certification (Local Rule 3-16)
Case No.: C08-1406 BZ