IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Stephen Segurson,**

        Plaintiff(s),

v.

**Hapag-Lloyd, et al.,**

        Defendant(s),

No. C08-1406 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, June 30, 2008** at **4:00 p.m.** before the Honorable Bernard Zimmerman. The previously set date of **Monday, June 16, 2008** at **4:00 p.m.** is hereby **VACATED**.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
     Lashanda Scott
     Courtroom Deputy