**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **06/302008**

**C08-1406 BZ**

**Stephen Segurson v. Hapag Lloyd, et al.**

Attorneys: Pltf: Patrick B. Streb
            Def: James B. Nebel

                                    Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the hearings occur off the record.**

**PROCEEDINGS:**                                    **RULING:**

1. Initial Case Management Conference              Matter Held
2. _____            _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury Trial set for March 23, 2009 at 8:30 a.m. Trial set for 7 days. Counsel stipulated to private mediation.

( XX ) ORDER TO BE PREPARED BY:   Pltnf ____ Deft ____ Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial: ( )Jury    ( )Court
Notes: _____