Patrick B. Streb/State Bar No. 116555
WELTIN LAW OFFICE P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
STEPHEN SEGURSON


James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
HAPAG-LLOYD AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SEGURSON,<br><br>Plaintiff,<br><br>vs.<br><br>HAPAG-LLOYD<br>and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 08-01406 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY AND PRIVATE MEDIATION** |

   The parties to this action, plaintiff STEPHEN SEGURSON, and defendant, HAPAG-LLOYD AG, by and through their counsel of record, stipulate as follows and request the Court to enter an Order extending the time to complete discovery and private mediation in this matter. The request is made on the basis of the following:

   1. Following the Case Management Conference that was held in this matter on June 30, 2008, the Court set certain deadlines as well as pre-trial and trial dates. The deadlines - for the

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY AND PRIVATE MEDIATION

disclosure of experts as well as for the completion of discovery and private mediation and the filing of dispositive motions - were set on the basis of a trial date of March 23, 2009.

2. The parties have been working cooperatively to prepare the case for resolution but have encountered several issues that necessitate the request to extend certain deadlines. The parties do not anticipate that they will need to request a continuance of the pre-trial conference or the trial.

3. The primary issues that led to this request are: 1) plaintiff Segurson has been diagnosed with extremely high blood pressure, has been told that he is at risk for a stroke and efforts are being made to reduce and control his blood pressure levels. As a result it has been necessary to postpone the taking of his deposition. The parties expect that Mr. Segurson's deposition can be taken in the next three weeks; 2) counsel for the parties have arranged for the services of Jerry Spolter to serve as the mediator in this case. Mr. Spolter, of JAMS, is a highly experienced in maritime personal injury cases such as this one and counsel for both parties have used his services in the past, with 100% success. Because of the delay in scheduling Mr. Segurson's deposition the parties also had to postpone the mediation that they had tentatively scheduled to have completed before the end of October, 2008. Mr. Spolter is available on January 20, 2009, to conduct the mediation and the parties have reserved that date; 3) counsel for the defendant began having severe back issues in mid-July that ultimately required surgery that was performed on October 20, 2008. Counsel is now back at work full time and capable of performing all routine work. Prior to that surgery, however, counsel was incapable of sitting through a lengthy deposition or mediation.

4. Under the circumstances, the parties request that the following deadlines be extended: 1) Close of Non-expert discovery (currently November 7, 2008) be extended to December 15, 2008; 2) Expert witness disclosure (currently November 14, 2008) be extended to December 22, 2008; 3) Rebuttal expert disclosure (currently November 26, 2008) be extended to December 31, 2008; 4) Close of expert discovery (currently December 12, 2008) be extended to January 5, 2009; and 5) Private mediation (currently October 30, 2008) be extended to January 12, 2009.

Dated: November 14, 2008        WELTIN LAW OFFICE, P.C.

                                By _____
                                   Patrick B. Streb
                                   Attorneys for Plaintiff
                                   STEPHEN SEGURSON

Dated: November 18, 2008        FLYNN, DELICH & WISE LLP

                                By _____
                                   James B. Nebel
                                   Attorneys for Defendant
                                   HAPAG-LLOYD AG

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the existing expert disclosure, discovery and mediation deadlines are extended as set forth in the stipulation above.

Dated: November 18, 2008

                                _____
                                UNITED STATES MAGISTRATE JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY AND PRIVATE MEDIATION