Patrick B. Streb/State Bar No. 116555
WELTIN LAW OFFICE P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone:  510-251-6060
Facsimile:  510-251-6040

Attorneys for Plaintiff
STEPHEN SEGURSON


James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  415-693-5566
Facsimile:   415-693-0410

Attorneys for Defendant
HAPAG-LLOYD AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SEGURSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAPAG-LLOYD<br>and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No.:  08-01406 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE-SCHEDULING<br>SETTLEMENT CONFERENCE** |

　　　　The parties to this action, plaintiff STEPHEN SEGURSON, and defendant, HAPAG-LLOYD AG, by and through their counsel of record, stipulate as follows and request the Court to enter an Order re-scheduling the Settlement Conference in this matter from January 14, 2009 at 10:00 a.m. to a later date in January, 2009.  The request is made on the basis of the following:

　　　　1.　　This matter is currently set for trial to begin on March 23, 2009.

1    2.     The parties have been working cooperatively to prepare the case for resolution but
2 have encountered several issues that necessitate the request to re-schedule the upcoming
3 Settlement Conference.
4    3.     The primary issues that led to this request are:  1) plaintiff Segurson was diagnosed
5 with extremely high blood pressure, has been told that he is at risk for a stroke and efforts were
6 made to reduce and control his blood pressure levels.  As a result, Mr. Segurson's doctors declined
7 to allow his deposition to be completed until that reduction and control had been attained.  They
8 authorized the deposition to go forward after the first of this year, and it was completed on January
9 6, 2009;  2) counsel for the parties have arranged for the services of Jerry Spolter to serve as the
10 mediator in this case.  Mr. Spolter, of JAMS, is a highly experienced in maritime personal injury
11 cases such as this one and counsel for both parties have used his services in the past, with 100%
12 success.  Because of the delay in scheduling Mr. Segurson's deposition the parties also had to
13 postpone the mediation that they had tentatively scheduled to have completed before the end of
14 October, 2008.  The mediation with Mr. Spolter is now scheduled for January 20, 2009, and the
15 parties have paid their fees and have allocated a full day for the mediation;  and 3) counsel for the
16 defendant could not realistically discuss settlement with his clients until after the plaintiff's
17 deposition was completed and the defendant and its insurer – both foreign entities – have not yet
18 had an adequate opportunity to consider the issues relating to settlement.
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

4. Counsel for the parties apologize to the Court for the tardiness of this Stipulation.

Dated: January 12, 2009  WELTIN LAW OFFICE, P.C.

By  /s/ Patrick B. Streb
    Patrick B. Streb
    Attorneys for Plaintiff
    STEPHEN SEGURSON

Dated: January 9, 2009  FLYNN, DELICH & WISE LLP

By  /s/ James B. Nebel
    James B. Nebel
    Attorneys for Defendant
    HAPAG-LLOYD AG

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the Settlement Conference in this matter shall be re-scheduled for January 23, 2009. at 10:00 a.m..

Dated: January 13, 2009



_____
UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING SETTLEMENT CONFERENCE