UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SERGUSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>HAPAG-LLOYD AG,<br><br>    Defendant(s). | No.  C 08-1406 BZ<br><br>**CONDITIONAL ORDER<br>OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  February 13, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SERGUSON\ORDER OF CONDITIONAL DISMISSAL..wpd

1